IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 OCT -2 A 9: 56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MICHEAL BRADLEY 251293
Full name and prison number
of plaintiff(s)

v.

J.C. GILES  WARDEN

PHS  DR PEASEANT

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07-cv-877-MEF
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (**)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (**)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>VENTRESS CORRECTIONAL FACILITY</u>
P.O. BOX 767 CLAYTON, ALABAMA 36016

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED <u>VENTRESS CORRECTIONAL FACILITY P.O. BOX 767 CLAYTON ALABAMA 36016</u>

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | J.C. GILES | P.O. BOX 767 CLAYTON, ALABAMA 36016 |
| 2. | DR. R. PEASEANT | P.O. BOX 767 CLAYTON, ALABAMA 36016 (P.H.S.) |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>JUNE 2007</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: EIGHT AMENDMENT (CRUEL AND UNUSUAL PUNISHMENT)

_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff alleges that the prison official and the Dr here in the facility has repeatidly denied the plaintiff request to have the rotator cup in his artifical hip replaced after he broke the cup herein the institution after he slipped getting out of the shower. The plaintiff alleges that the state is attemping to let his sentence end so that the state wont have to pay for the necessary trteatment needed to replace the rotator cup and surgery.

GROUND TWO: ___FOURTEENTH AMENDMENT VIOLATION( EQUAL PROTECTION)___

SUPPORTING FACTS: Prison health care constantly denied the plaintiff treatment that they gave to other inmates by taking them to the free world doctors to get the proper diagnosis and the proper medical treatment based upon the diagnosis from the nurses and the Doctor at the facility

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

ORDER THE STATE TO ALLOW THE SURGERY TO REPAIR AND OR REPLACE THE ROTATOR CUP IN THE PETITIONER HIP AND ORDER THAT IT BE DONE IMMEDIATELY BECUASE THE PETITIONER IS COMPLETELY IMMOBILE AND CANNOT WALK OR STAND WITHOUT ASSISTANCE AND OR CRUTCHES THEREFORE ENDANGERING THE SAFETY OF PETITIONER.

X _____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/24/07
(Date)

X _____
Signature of plaintiff(s)

4



NAME  MICHEAL BRADLEY   AIS # 251293  DORM # I 32
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MIDDLE DISTRICT OF ALABAMA
DEBRA HACKETT CLERK OF COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

VENTRESS LAW LIBRARY

36101+0711-11 B007