```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000990
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: MICHEAL BRADLEY
 Case/Party: D-ALM-2-07-CV-000877-001
 Amount:         $6.71
------------------------------------
CHECK
 Check/Money Order Num: 19657
 Amt Tendered:  $6.71
------------------------------------
Total Due:      $6.71
Total Tendered: $6.71
Change Amt:     $0.00

PER ORDER DIRECTING PAYMENT FROM
10/5/07
```