IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL BRADLEY, #251 293 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-877-MEF |
| J.C. GILES, *et al.*, | * | |
| Defendants. | * | |

**ORDER**

It appears from a review of the proceedings in this matter, that service has not been perfected on Defendant Peasant. A review of the court docket reflects that the court's initial order of procedure mailed to Defendant Peasant has been returned to the court marked as undeliverable. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Peasant, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before December 14, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendant Peasant. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility; and

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Peasant

will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done, this 30th day of November 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE