IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NOTHERN DIVISION**

| | | |
|---|---|---|
| MICHAEL BRADLEY #251 293 PLAINTIFF | ) ) ) | |
| VS. | ) ) | CASE NO: 2:07-CV-877-MEF |
| WARDEN J.C. GILES, et al | ) ) ) | |

### NOTICE OF CHANGE OF ADDRESS

Now comes, Michael Bradley, Plaintiff herein and do hereby give notice unto this Honorable Court of his change of address, and submits the following;

(1) As of 12-1-07, the Plaintiff will no longer be in the custody of the Alabama Department of Corrections.

(2) The Plaintiff will now reside and receive all correspondences at the below listed address as shown below.

(3) I the Plaintiff am unaware of the address of the counsel for the defendants of this action.

Wherefore the Plaintiff respectfully request the Clerk of the United States District Court for the Northern Division to foward a copy of the same herein upon the counsel for the defendants herein.

Done this the _1_ day of, _Dec_ 2007.

Respectfully Submitted By

Michael Bradley, #251 293
2111 Lefkin Dr.
Huntsville, AL 35810

**CERTIFICATE OF SERVICE**

    I, Michael Bradley, de here by certify that I have this day served two true copies of the foregoing on the Office of the Clerk, United States District Court for the Northern Division, and a copy upon the Defendant as addressed herein below by placing the same in the U.S.Mail properly addressed with correct prepaid postage this _AM_ the _4_ day of _DEC_ 2007.


Office of the Clerk
United States District Court
Northern Division
P.O.Box#711
Montgomery, AL 36101-0711


CC: Warden J.C. Giles, et al
    P.O.Box#767
    Clayton, AL 36016-0767


                                     Submitted By

                                     _/s/ Michael Bradley_
                                     Michael Bradley
                                     2111 Lefkin Dr.
                                     Huntsville, AL 35810

Michael T. Bradley
2111 Lufkin Dr
Huntsville AL
   35810



Office of the Clerk
United State District Court
Northern Division
P.O. box# 711
Montgomery, AL 36101-0711