IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BRADLEY, #251293, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07cv877-MEF |
| ) | (WO - Do Not Publish) |
| J.C. GILES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On December 13, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation (Doc. # 9) is ADOPTED, that the plaintiff's complaint is DISMISSED with prejudice as MOOT, and that this case is DISMISSED with prejudice.

Done this the 8th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE